UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

ARVINDER GILL,

                            Plaintiff,

    - against -

MARKETAXESS CORPORATION,
MARKETAXESS HOLDINGS INC. and
MICHAEL BAKER, *Individually*,

                            Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

1:20-cv-05474 (LAP)

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the parties, Plaintiff and Defendants MarketAxess Corporation, MarketAxess Holdings, Inc. and Michael Baker, that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the above-captioned action is discontinued and dismissed with prejudice, without costs or attorneys' fees as to any party against another.

Date: March 18, 2021

PHILLIPS & ASSOCIATES

By: _____

Steven Fingerhut, Esq.
45 Broadway, Suite 430
New York, New York 10006
(212) 248-7431

*Attorneys for Plaintiff*

EPSTEIN BECKER & GREEN, P.C.

By: _____

Lauri F. Rasnick, Esq.
Carrie E. Anderer, Esq.
875 Third Avenue
New York, New York 10022
(212) 351-3780

*Attorneys for Defendants MarketAxess Corporation, MarketAxess Holdings Inc. and Michael Baker*

```
The Clerk of the Court shall mark this
action closed and all pending motions
denied as moot.  SO ORDERED.
```

*Loretta A. Preska*  4/1/21